Today's cases will be called as previously announced and the times will be as allotted to counsel the first case today is number two four Dash two zero eight six United States versus Napoleon Gonzalez at this time would counsel for the appellant Please come to the podium and introduce himself on the record to begin May it please the court Andrew Levchuk for Napoleon Gonzalez I'd like to reserve one minute for rebuttal judge parent. You may do you mind just lifting your Microphone up higher. There you go. Perfect. Okay. Thank you. Was that one minute sir one minute. Thank you, sir I'm here today for mr. Gonzalez. We have brought an appeal attacking the venue determinations Made by the jury on counts two and three as well as a restitution issue Before I begin it because I don't want to forget there is a venue case pending before the US Supreme Court right now United States versus Abouamo the docket number there is twenty five dash five one four six It was argued at the end of March and I believe the decision is pending and I'd urge the court to hold any decision in this case until That decision is rendered because it although the issue is not identical It may shed some light on what we're doing here in terms of the attack on venue here on count to the Essentially the government was required to prove by a preponderance of the evidence that the offense the application for a passport occurred in the District of Maine It did not do so even by the lower preponderance standard The government did prove that Mr. Gonzalez resided in the state of Maine at the time. The application was submitted And based on that residency and based on that residency alone it sought to claim that Venue would lie in the District of Maine But they even conceded on In their closing argument That there was some speculation involved on the in governments appendix page 586 There's a comment by the assistant US attorney Is it possible that he went elsewhere to complete the application? Yes, it's possible So even there they left open the possibility But that doesn't mean they couldn't approve by a preponderance by a preponderance always leaves open the possibility Well preponderance means 51% yeah And a possibility is less than 51% So I would say that that's a concern doesn't matter what they think I mean the return address that puts it that puts a place that what do you what do you make of a return address? Does that have anything to do with a suggestion? That you mailed it there. What about where Aetna lies within the state of Maine? Which is up towards Bangor and nowhere near a border like do these things sort of make a picture where? You could say he likely mailed it in Maine. Well, you have to take them separately. I believe JJ frame and if you look at You know that Aetna is somewhere close to the border. You're assuming he doesn't travel This is an individual who spent many years in Puerto Rico And one of the allegations is he traveled to Canada. So we know he wasn't housebound up in Aetna And in terms of the return address It seems to me that a you know, a return address or an address on the passport application while probative It doesn't push you over that fifth to that 51% It's not just 51% at any jury could conclude Isn't that what we're doing? Well by a preponderance. So I would say and yes, it could any jury conclude by a preponderance and Could anyone could any jury? Conclude more likely than not. Why doesn't the return address? kick the evidence up to a preponderance because it's Where else is it gonna pass? We're gonna ride your you know, and there's no issue that he didn't apply It was he who applied for it. It's gonna arrive in Maine Well, it doesn't because then you is in the Constitution. It's an important issue And although it only has to be proved by a preponderance You know people You know a common sense suggests that people mail many things From you know places other than their return address. What we're arguing is there had to be just something else Besides what they've put on the table And we don't think that what they've put on their best authority for saying that this is not sufficient evidence I think Salinas Salinas case is our best authority So, what about that supports the idea that the return address doesn't show enough not the return address But that's what that's what I'm asking the case comes down to if I'm using this point Whether the return address kicks it over the threshold, right? What's your best case for saying that's not enough to draw an inference that it that we would say It's a reasonable jury could conclude that was preponderance. Well, if you're asking I don't have a return address case Anything that's like that that tells us that some piece of probative evidence seemingly, you know Is it Would you think it's more common or not that when I put a return address? It's the address. I'm mailing from I would think that's mostly the case. I don't even think you're saying Otherwise, you're just saying sometimes it's not the case But um, it does rely on a degree of speculation all inferences do which but it should not be sufficient We believe in light of Salinas But you look at the whole picture. So you have a return address He fills out a detailed form that one would imagine one does at their home Because it takes a lot of work to fill out one of these forms one puts the return address one doesn't live anywhere near the border You can argue not for sure and maybe a jury agrees, but you can take those facts and argue Yes, and the jury thought yes, so I guess I don't understand why that's just not the end of it It's an argument. It's a fair argument, but it's just not a winning. It just didn't win Yes, but the I think one also has to consider this in the context of the importance of the venue clause We keep seeing Supreme Court cases on the venue clause many years, you know hundreds of years after the It's also the same if someone's guilty of constructive possession. There's a gun under the seat We make a bunch of arguments the jury then and you say he didn't know the gun was there the other side says well There's enough here that he should that he did know and it's unknown and you can't say for sure He knew but the jury did and by the we say beyond a reasonable doubt There was enough evidence because they could have and so I don't see why that's any different than the set of facts I just sort of laid out for you But you would lay out a scenario when arguing as a prosecutor for sufficiency of the evidence Where all the inferences add up to beyond a reasonable doubt? And what I'm arguing whether the court accepts it or not Is that all the inferences up here do not add up to? Enough to allow a rational jury to find by a preponderance of the evidence. Can I ask you about the restitution? Sure, and do you? They say waiver You say no You walk me through that. Yes. I mean You know Counsel did ask for a scenario different than the one we argued for Which is there were four scenarios presented to the court and what was being done here was they were reconstructing evidence Of how Yeah Numbers were submitted to Social Security over a course of many years and what we are arguing is that in the first scenario which gives every benefit of The doubt to the client to my client to the defendant is the one That should have been applied here. Okay, why even if I can I ask you something about this? So I understand say if I Work under a fake name not my own. Yes Am I entitled to benefits in my own name for that work Well under the statute in terms of a loss The question would be which is I'm just think that the loss would be the benefits Under the statute, right? I believe the loss is what Social Security administration paid out that they would not have otherwise paid out right, and what I guess I'm saying is if If I do work under a deceased person's name And they paid out benefits Even if I was working they should never have paid out those benefits, right? That was not established at trial So the government's position is that They do have to pay benefits In the name of a deceased person if it happens that somebody impersonating him was actually working them That just seems so strange to me. Should I try to answer? Yeah, I think the position would be That you know the that he didn't make this money at all That's the position the government took. How did he not make the money? in other words that they believe there were a number of duplicate years where the name the Income under one name was exactly the same as the income under the other name and I think the government believed that in fact You know at least one of those entries if not, both of them didn't reflect real work done for your waiver Why did you not at least say in the alternative? Well, we vote for one, which is the lowest, but I also say Two which is the one your council below raised? Because the duplicate thing seems like a problem, but you just chose well forget it. We'll go for the best No, no, I don't At least you know My my thought is that I would I would happily accept to and I thought I may have said that perhaps I didn't but in other words You know, I think our theory is that in this circumstance the defendant should be given every benefit of the doubt when we're talking about records created over many years and we're a Determination any argument for why it would be plausible at all that at least the exact duplicates Suggested that he worked both jobs to the exact same amount of different employers that the records were so unclear That I don't know that anyone even attempted to make that argument. Okay. Thank you. Thank you Good morning, may it please the court Lindsay Feinberg on behalf of the government this morning This is a weird case what transpired and what was set forth in the trial record the government submits is a as described in our brief a truth Where the truth is sometimes? Stranger than fiction scheme what mr Gonzales did by adopting his deceased brother's identity and using it sort of interchangeably with his own identity for 50 plus years Is create a scenario in which he was able to can you just go right to the venue question? Sure with respect to count to which was the substance of the courts questions For opposing counsel venue was more than established. I think the controlling case here is obviously Salinas It's a point-in-time offense and the record as the court alluded to in its questions Certainly make it clear that it is more likely than not that at the time in which mr. Gonzales submitted his 2017 renewal application he did so in at them a now the facts that the government would point to in that respect chief judge Aaron are threefold they would be first the return address on the form itself. They would be the location of that in a mail So just on return address. What does what do you take return address to me? I mean I take it to mean Or one argument is that means if there's a problem with this thing that I'm trying to mail Contact me here Because this is where you'll find me which is true And it has nothing to do with where I dropped it in the box The thing that would show where I dropped it in the box is the cancellation when it's stamped by the post office But does the return address really show anything the return address? I think does go to your former point judge a frame which is it's where I dropped it in the box if there's something wrong With this and it needs to be sent back to me send it back to me here now We don't have in the record the date stamp that you're referencing when somebody typically puts a piece of mail in the mailbox But if I mailed something I live in New Hampshire if I chose to mail it today in Boston But there's a problem with it. I don't want I want them to contact me in New Hampshire So wouldn't I put New Hampshire as the return address? Yes, you would and in fact, I think here if there was an issue with Mr. Gonzalez's 2017 renewal application He would want it to go back to him in at the main and as you alluded to judge a frame and your questions previously At the main is not on the border. We're not on the border between Maine and New Hampshire We're way way way north in Maine out in the middle of nowhere And in fact the trial testimony makes that clear because the agent described how difficult it was to find. Mr Gonzalez when they went to interview him and when mr. Gonzalez was finally found in interviewed He testified himself and this is the next fact we'd point to in the record that he had resided in Maine since the early 2000s without an eruption. I forget. Why do we have the return address but no date? No stamp showing where it came from. I We have what do we what is the thing that shows the return address the actual envelope or what's the The trial exhibit in is the application itself, which lists his address. It's the envelope. I do not believe your honors And so we don't really have a return address in that sense In other words, there was some How did this document get to? Authorities, do we know the testimony at trial and the document that was submitted would need to be submitted by mail your honor And that was an ancient I'm sorry agent Rose testimony. I see but we don't have a return address on anything like the mailing itself It's on the application. It just says this is is it really a return address or is it just my his address? It's his address. It's where he would expect to receive his passport to be mailed to him if the renewal was forwarded It was successfully processed. I should say because it says on the form where would you like it sent to correct? Where would where do I live? Should this be sent to and then also if there's be sent to or says where do I live if I may it's in the government's Addendum, I could look if you just Okay, but it is in the government's addendum to the government. We don't have a return address in the typical way of like a Mail an envelope and then at the top is the return address. There's nothing like that in the record. That is my understanding It's just a form potentially that just says where he lives Correct there's a form that says where he lives But of course that shouldn't be viewed in isolation your honor as we've talked about previously both the location of where he lived and his Testimony that he's lived there or excuse me. I shouldn't call it testimony He didn't testify trial but his interview excerpt that was introduced that he's resided in this rural part of Maine since the early 2000s without interruption and that he recalled sending in his passport renewal application So I think he testified what He did not testify that he sent his renewal application from anywhere and he didn't testify at all I just want to be crystal clear There were several interview excerpts that were introduced at trial none of which he says from where he mailed it, correct? So you have a document with an address that is either where I live or where I'd like you to send the passport But the envelope is never recovered Therefore we don't have the return address that we would write in the upper left-hand corner And we don't have the cancellation by the post office. They would answer all these questions. So it really does boil down to he Lived there and so it's fair for a jury to conclude He mailed it from there or somewhere near there and that would all be in Maine Yes That is your best case for saying that is enough like is there anything that I mean? It is conspicuous if he wanted to make the case since he would have that information That he mailed it from somewhere else that he's not saying that on the other hand you have the burden to prove We do and so he doesn't have to say anything if you can't meet your burden So you're basically telling us it just stands to reason that absent any other evidence a person mails things from the place They live not somewhere else That's debate. That's your case, isn't it? Or am I missing something? I think the totality of the record is our case But yes, your honor that is true. We and in terms of is there a specific case the facts here are so unique But what I would point to your honor is the standard which is what controls here So we are talking about a venue determination that the jury had to make that was more likely than not a preponderance of the evidence Standard so rather than pointing to a particular case your honor. I would say that it's the standard There's venue by definition in the resident home the resident state of whoever commits this passport fraud Offense you're saying by definition no matter what it's the state of residency. There is then Well, I know there's something else but absent anything else. That's enough I would just like to clarify and insofar as I haven't already I should make this clear It's not where you drop it in the mail. It's where you make the statement and Salinas makes that crystal clear So it's the statement itself that is that filling out the form in signing the form, correct? So under Salinas if there was evidence that he signed the statement would say in Massachusetts or New Hampshire You would have no venue then under in that scenario Under the snare I suppose. Yes, if he was in New Hampshire made the statement in New Hampshire put it in the mail in New Hampshire, I do not think we would have venue in Maine and I think Salinas makes that very clear I'm happy to address count three as well. If the court would like or I can talk about Just boil down to he handed it to the Canadian person and that's in Canada. Yes from the government's perspective And the court also had some brief questions as to restitution chief judge Baron you were asking about the government's View as to whether or not someone would be entitled to benefits if they worked under two different names I am NOT an attorney for the Social Security Administration But I can say based on what I know in working on this case and my familiarity with the record It is conceivable that there is an instance in which if somebody had two different names and they could establish their earnings They could potentially be entitled to benefits Two different names. Yeah, but yes It was a deceased person Could they be entitled to benefits by working under the name of the deceased person? well, it seems your honor based on the restitution documents that were submitted that Someone with the Social Security Administration Concluded that it may be possible for mr. Gonzales to have done that if he in fact Had let's say instead of two identities one identity throughout if he had indeed taken this name on to honor his deceased grandfather Under that scenario Potentially he could okay, but if he's got two and he's getting Social Security under two or working under two then he's not entitled You're not entitled to double-dip. That's correct. Judge. He'll be yes And that's what exactly what happened here and the government attempted in reconstructing. What is quite frankly One of the most complicated fraud schemes in terms of just having to go back and reconfigure this Scenarios that gave mr. Gonzales every benefit that doubt and presented ample evidence from which the court could conclude as it did that scenario for was the appropriate amount of restitution So do you think it's waiver? when you argue so to get to the answer of 153,000 you'd have to conclude 175,000 is wrong. They did argue Below that it should be a hundred and sixty some odd thousand And so does that preserve at least that a hundred and seventy five thousand is wrong I don't think so on this record judge a frame and the reason I think that is because the the follow-up principle to that argument that the basis of the argument is that the government didn't present enough information and Here we have it very clear on the record that Defense Council at least below was quite pleased with the amount of information that the government had presented and that it thoroughly answered the questions that had been raised in The initial sentencing litigation isn't that just that's a merits point rather than a waiver point Well, it doesn't mean you lose. I'm just saying there's you can one way you say you win is Regardless of what the record shows. There's a pellet waiver. Yes, and I guess to judge a frames Question. I wasn't sure why your answer Showed there was a pellet waiver because if in if a necessary premise of the argument they made below was that the Number in four is wrong Then that's still true on appeal and Either we have to get to the merits of is that number wrong? Which your answer to judge a frame suggests if we did you'd still win Well, we don't have to get to the merits of it because there's a pellet waiver. What's the reason for thinking this way? the reason there's thinking there's waiver is because below the argument that was presented to judge Woodcock is that it was scenario to your The higher scenario and not scenario one, which is the one that's being urged on appeal is appropriate So the argument side the number we would just decide $175,000 is wrong vacated and remanded. So why is that? Why is that waived? Why is the argument that 175 is wrong waived? The government submits that it's waived because it's different argument than was presented to the district court. What I'm saying What's different about the argument that 175 is wrong as I understand? What's different about what they think is the right number? But all the arguments they make are predicated on 175 being the wrong number and for the same reason, right? well for different Not for the 175 being wrong is there's a constant reason why that is said to be wrong Isn't that right? Or is that wrong? Without getting lost in the weeds I think it is certainly conceivable for this court to say that there was no waiver if the argument was that $175,000 was wrong with in terms of what was right or wrong and being argued on the merits The government nevertheless would submit that this they prevail under a plain error standard Because when we turn to the actual merit, so if we be on plain error If it is not waived the argument is certainly forfeited hundred that 175 is wrong. Yes. What didn't they make that below? No, your honor wouldn't they have to say two things one? 175 is wrong. If you're talking to judge Woodcock, you would say two things 175 is wrong. We think this number is right. That's what they did to me It doesn't really matter what's right because we're not going to decide that but the predicate argument 1 175 is wrong is Still the argument in the brief was argued below to judge Woodcock is the argument made here So it seems to me that has been preserved Because that's step one of the argument and it doesn't and the reason why 175 is wrong is just an evidentiary claim That doesn't change. It's always the same reason they're saying 175 is too much Isn't that true? That is true. Yeah. Okay. So then if we're not on plain error, what do we do? What's the merits answer? The merits answer is exactly the answer judge Woodcock reached which is that scenario 4 is the most plausible scenario Based on the record that was developed below and and what's the end and how do we? Come to that conclusion in your view By viewing the totality of the evidence that was can you just explain to me? I understood duplicates why those Were problematic and then he said but that's not enough all of its problematic What's the how does he get from to from 3 to 4? Let's say let's frame it that way. He he's I understand why he rejects One and two yeah three and four your honor again, I think it's judge Woodcock explains it doesn't really flow with how the The how he understood the crime to have worked which is that it is inconceivable that mr Gonzales was able as one person to work under two different identities simultaneously, which is what these record earnings would reflect and when close study is given Working like it would add up to be like a lot of hours as both people such that You know, I got to sleep so I can't be both people There was no testimony or at record evidence presented that he purported be working. Let's say 26 hours in a 24-hour day So however, what what was clear is these records were anomalous in several ways the court already alluded to some years There were sort of duplicate earnings in other years the earnings would either have or double which is pretty unprecedented in terms of one's earnings from year to year and Overall your honor. It was The fact that mr. Gonzales his earnings revealed a series of frauds whereby when he was able to first solicit benefits under Napoleon's name. Mr. Gonzales did so and he also submitted Guillermo's earnings for several of those years and then a few years later when he could submit under Guillermo's name he again submitted all of his earnings records without ever making the Social Security Administration aware that he had Previously submitted those under a separate identity. So when when there are very complicated charts laying this all out in the record, but what we're looking at in terms of the difference from scenario 3 to scenario 4 is What benefit of the doubt based on what we've been able to reconstruct should be granted to mr Gonzales and judge Woodcock Concluded that scenario for best fit with what his understanding of the evidence is and his understanding of how this fraud was Perpetrated and the government would urge this court to do the same. Thank you So, let me just one quick question. So what mr. Gonzales is doing? He's Originally getting his own benefits under Napoleon, correct? And then he continues to work and then gets more benefits under The dead brother's name, correct For Social Security and for other benefits your honor I mean, it's not the basis of the charges, but he was also getting different like state and federal benefits interchangeably under both names. Yes And from this just practical question from all but he's about 90 years old now, correct? He is so even if the restitution stays at 175 of the payment plan Nobody's ever the government's never gonna see that full amount paid back, correct opposing counsel And I were discussing that before arguments this morning. Yes, your honor in some ways. This is sort of an academic dispute Thank you. Thank you For the palette, please reintroduce himself on the record to begin he is a one-minute rebuttal I Don't want to admit with my client. He's looking pretty robust So I don't want to concede that this is an academic exercise But I do want to address Count to again. I think the concession That the government made is what I've been arguing. Yeah, there's an address on the application We do not have the application in either appendix Was government exhibit 14 C and I think one of us will get you that if the court would like to have a look at that and then the terms of Judge a friend your question about Could he have made Income in one year under both names, you know, there's really no proof on that It is conceivable that he had multiple jobs and may well have made money under Is that what the problem is? I mean, is that the fundamental when you say judge Woodcock was wrong to come to that? Is that because that's past that that's a possibility that was not it's a possibility and it's essentially a shortcut You know to compensate for the difficulty of doing a calculation Thank you Thank You counsel that concludes argument in this case